# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH NAPOLEAN WARREN, III,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 73151

**FILED**

AUG 2 5 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

On May 26, 2017, appellant filed a notice of appeal. The notice of appeal did not specifically identify any judgments of the district court. To the extent that appellant's appeal is in regard to the order denying a motion to modify and/or correct illegal sentence entered on February 29, 2012, the notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Pickering

_____, J.
Hardesty

cc: Hon. Michelle Leavitt, District Judge
Joseph Napolean Warren, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk